8:24cv225

JESS T. LAMMERS

V

County of Phelps NE
Phelps County Corrections
• Admin Penny Greggs

① Violations of PCC Handbook

② Violations of Nebraska minimum jail Standards

Comes Now JESS T. LAMMERS, in persons propria sui juris with complaint that Phelps Co Corrections (PCC), County of Phelps, NE, and Penny gregg have violated their own handbook/Policy manual and subsequently have violated Nebraska's minimum jail Standards.

PCC, County of Phelps NE, and Penny Greggs have waived Qualified immunity by purchase of Risk management insurance (see PTSCA as NRS 13-910 & 13-916) Brenda Johnson & Jeff LN unknown Represent NIRMA for County of Phelps. Greggs is sued in personal and professional capacity.

Citing STONE V HARRY, Topchian V Morgenchase and PLATSKI V CIA, the pleading shall be heard in proper legal framework, interpreted liberally to in most favorable legal light for plaintiff and if defective court shall issue _____ and p#1

Allow Repleading

## — FACTS —

1. Lammers was admitted to PCC May 12 2024
2. Lammers is disabled pursuant to ADA.
3. Social Security deemed Lammers 100% disabled May 2 2020 because of abuse suffered in PCC.
4. Lammers was in PCC April 30 2020 to May 6 2020 — Disability is the direct result of PCC negligence

— 2024

5. Pursuant to Jail standard 00.2.41 Lammers is segregated
6. Pursuant to Page 9 and 10 of PCC manual Lammers is offered "Rec" but not "passive rec".
7. Lammers has never been cleared by HCP for rec pursuant to PCC manual
8. In violation of min. jail Standard (neb) #003.01 Lammers has been segregated and kept in cell 24 hrs a day 7 days a week.
9. ~~in violation~~ violation of 003.05 of minimum jail standards PCC has no mention of "Passive Rec" in it manual nor has Lammers been offered "Passive Rec"
10. Phelps County and PCC are in violation of minimum jail standards

pg 2

11) The administrator Perry Gregg is charged with teaching staff, writing PCC manual, and developing programs in line with min. jail standards. Perry Gregg has failed to meet min Jail Standards. PCC has failed to meet or exceed minimum jail standards and has failed to meet ADA (Americans with disability act) standards.

## Prayer for Relief

1) Termination of Perry Gregg as Jail Admin.
2) PCC's ICE contract cancelled
3) 5 million dollars in damages payed to LAMMERS or LAMMERS estate if PCC should happen to kill LAMMERS.

## Cert of Service

LAMMERS sent this complaint to USDC of NE 111 S18 Plaza Ste 1152 Omaha NE and LAMMERS sent a copy to Sally Fox clerk of the County of Phelps PO Box 404 Holdrege NE 68949 - NATALIE NELSEN Phelps Co. attorney waived 6 month waiting period per PSTCA 13-901 to 13-926

signed [signature] 11 June 2024    p#3

Filed in Phelps District Court
*** EFILED ***
Case Number: D37CI200000113
Transaction ID: 0012874118
Filing Date: 03/05/2021 06:44:55 AM CST
COPY

IN THE DISTRICT COURT OF PHELPS COUNTY, NEBRASKA

| | | |
|---|---|---|
| JESS T. LAMMERS, | ) | CASE NO. CI 20-113 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ENTRY OF APPEARANCE OF** |
| | ) | **BRANDY R. JOHNSON** |
| COUNTY OF PHELPS, STATE OF | ) | **AS COUNSEL FOR DEFENDANT** |
| NEBRASKA, et al., | ) | **COUNTY OF PHELPS** |
| | ) | |
| Defendants. | ) | |

COMES NOW, Brandy R. Johnson, and enters her appearance as counsel on behalf of the Defendant, County of Phelps, Nebraska, and asks that her name and contact information be entered of record as follows:

    Brandy R. Johnson, #23323
    Governmental Law, LLC
    8040 Eiger Drive
    Suite B
    Lincoln, NE 68516
    (402) 742-9240
    (402) 742-9250 (fax)
    brandy@nrmainc.info

    THE COUNTY OF PHELPS, NEBRASKA,
    Defendant.

BY: _____
    Brandy R. Johnson, #23323
    Governmental Law, LLC
    8040 Eiger Drive
    Suite B
    Lincoln, NE 68516
    (402) 742-9240
    (402) 742-9250 (fax)
    brand@nrmainc.info
    *Counsel for Defendant County*

1

Lammers
PCC
715 5th Ave ste 20
Holdrege NE 68949

Legal Mail
Confidential

RECEIVED
JUN 17 2024
CLERK
U.S. DISTRICT COURT

OMAHA NE 680
13 JUN 2024 PM 3 L

quadient
FIRST-CLASS MAIL
IMI
$000.88
06/12/2024 ZIP 68949
043M31235171

USDC of NE ATTN Clerk
111 S. 18 plaza ste 152
Omaha NE 68102-1322

68102-132277

Notice! This correspondence was mailed by an inmate confined in the Phelps County Jail. Its contents are uncensored